COOLEY GODWARD KRONISH LLP
KENT M. WALKER (173700) (kmwalker@cooley.com)
MATTHEW S. VOSS (215897) (mvoss@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:      (858) 550-6420

Attorneys for Petitioner
TAI TAN NGUYEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI TAN NGUYEN,<br><br>          Petitioner,<br><br>     v.<br><br>DON TAYLOR, Warden,<br><br>          Respondent. | Case No. 01 CV 00851-NAJ (POR)<br><br>**NOTICE OF APPLICATION AND APPLICATION FOR BILL OF COSTS**<br><br>Dept.:     12, 2nd Floor<br>Judge:    Hon. Napoleon A. Jones Jr.<br><br>Date:     December 5, 2006<br>Time:    10:00 a.m.<br>(Telephonic) |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

NOTICE OF APPLICATION AND APPLICATION
FOR BILL OF COSTS
01 CV 00851-NAJ (POR)

1   TO RESPONDENT AND THE CLERK OF THE COURT:

2       PLEASE TAKE NOTICE that Petitioner Tai Tan Nguyen, as the prevailing party in the
3   above captioned case, hereby makes this application to the Clerk of the Court to tax costs on
4   December 5, 2006 at 10:00 a.m.  This Application is based upon this Notice of Application and
5   Application, the attached Bill of Costs, the concurrently filed Declaration of Matthew Voss in
6   support thereof, and all pleadings and papers on file in this action.

7       PLEASE TAKE FURTHER NOTICE that pursuant to S.D.Cal. L.R. 54.1, Petitioner
8   elects to appear telephonically before the Clerk on December 5, 2006 at 10:00 a.m. to tax costs, at
9   (619) 557-6415, and counsel for Petitioner will initiate the conference call.

11  Dated: November 9, 2006        COOLEY GODWARD KRONISH LLP
12                        KENT M. WALKER (173700)
                        MATTHEW S. VOSS (215897)

15                   s/**Matthew S. Voss**
                        Matthew S. Voss

                Attorneys for Petitioner Tai Tan Nguyen
                E-mail: mvoss@cooley.com

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

NOTICE OF APPLICATION AND APPLICATION FOR BILL
OF COSTS
01 CV 00851-NAJ (POR)

# CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2006, I electronically filed the foregoing **NOTICE OF APPLICATION AND APPLICATION FOR BILL OF COSTS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the email address listed below.

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California to be served on the parties listed below by First Class Mail on this 9th day of November 2006:

Robert M. Foster, Esq.  
Supervising Deputy Attorney General  
State of California  
110 West "A" Street  
Suite 1100  
P.O. Box 85266  
San Diego, CA  92101  
FAX (619) 645-2271

ATTORNEYS FOR RESPONDENT

email:  
docketingsdawt@doj.ca.gov

s/Kendra A. Jones  
***Kendra A. Jones***  
COOLEY GODWARD KRONISH LLP  
4401 Eastgate Mall  
San Diego, CA  92121  
Telephone:  (858) 550-6000  
Facsimile:  (858) 550-6420  
E-mail: kjones@cooley.com

514462 v1/SD