AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
Southern District of California

TAI TAN NGUYEN

**BILL OF COSTS**

V.

Case Number: 01CV00851

DON TAYLOR, WARDEN

Judgment having been entered in the above entitled action on __11/2/06__ against __RESPONDENT, DON TAYLOR__,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................... | $ _____ |
| Fees for service of summons and subpoena ............................................. | 660.55 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case... | 1,751.60 |
| Fees and disbursements for printing ..................................................... | _____ |
| Fees for witnesses (itemize on reverse side) ............................................ | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case................. | _____ |
| Docket fees under 28 U.S.C. 1923 ....................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ........................................... | _____ |
| Compensation of court-appointed experts ................................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ....... | _____ |
| Other costs (please itemize)............................................................. | _____ |
| TOTAL $ | 2,412.15 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Robert M. Foster, Esq., Supervising Deputy Attorney General, State of California
110 West "A" Street, Suite 1100, P.O. Box 85266, San Diego, CA 92101

Signature of Attorney: _[signature]_

Name of Attorney: Matthew S. Voss

For: Petitioner, Tai Tan Nguyen                                                    Date: 11/9/06
Name of Claiming Party

Please take notice that I will appear before the clerk who will tax said costs on December 5, 2006 at 10:00 a.m.
(telephonic)
Costs are taxed in the amount of 2,412.15                                          and included in the judgment.

By: _____

Clerk of Court         Deputy Clerk         Date

AO-133

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

**WITNESS FEES** (computation, cf. 28 U.S.C. 1821 for statutory fees)

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

# EXHIBIT A

| Date | Narrative | Amt |
|---|---|---|
| 10/12/2005 | Vendor: Shelburne Sherr Court Reporters, Inc.; Invoice# 89827; date 09/10/2005 - Original & Copy of Transcript of William Richardson | $634.40 |
| 11/18/2005 | Vendor: Shelburne Sherr Court Reporters, Inc.; Invoice# 90609; date11/10/2005 - Original & Copy of Transcript of Dee Warrick | $687.40 |
| 11/18/2005 | Vendor: Shelburne Sherr Court Reporters, Inc.; Invoice# 90609; date 11/10/2005 - Original & Copy of Transcript of Janine Miller | $429.70 |
| | | **$1,751.50** |



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 89827 | 09/10/05 | 7-33204 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/29/05 | ANASKE | 01-CV-0085 |

**CASE CAPTION**

Nguyen vs. Taylor

**TERMS**

302826-801


1398076

Eric MacMichael, Esq.
COOLEY GODWARD
4401 Eastgate Mall
San Diego, CA 92121-1909

---

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
William Richardson, Esq.                                              634.40

                        T O T A L   D U E   >>>>                      634.40

                        AFTER 10/10/05 PAY                            697.84

TO THANK YOU FOR YOUR BUSINESS, WE HAVE ENCLOSED A
COMPLIMENTARY MINUSCRIPT AND ASCII WITH YOUR TRANSCRIPT
*
REMEMBER TO REFERENCE INVOICE NUMBERS WHEN REMITTING PAYMENT!

RECEIVED
OCT 1 1 2005
ACCOUNTING

Please remit payment to:

**SHELBURNE SHERR COURT REPORTERS**
501 West Broadway, Suite 1330
San Diego, CA 92101

P (619) 234-9100 ◦ F (619) 234-9109 ◦ Toll (877) 234-DEPO

Tax I.D. No. 20-0986545

To ensure proper credit to your account, be sure to include invoice numbers on your check.

Acceptance of work product constitutes acceptance of terms. Additionally, all invoices are issued on the credit of our client and may not be transferred. Accounts past due may be subject to a carrying charge of 10% per annum. In the event of nonpayment and collection proceedings are instituted, Shelburne Sherr Court Reporters is entitled to recover costs of collection including, without limitation, attorney's fees.

RB-120 (Rev. 4-04)   For Reorder Call GRANDFLOW (925) 443-0855   CA188348



# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 90609 | 11/10/05 | 7-33647 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/24/05 | WHITST | CV-01-0085 |
| CASE CAPTION | | |
| Nguyen vs. Taylor | | |
| TERMS | | |
| | | |

Matthew S. Voss, Esq.
COOLEY GODWARD
4401 Eastgate Mall
San Diego, CA 92121-1909

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
  Dee Warrick                                    **RECEIVED**              687.40

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:         NOV 18 2005
  Janine Miller                                                             429.70
                                                ACCOUNTING                ========
          1371829                           T O T A L   D U E  >>>>       1,117.10

                                            AFTER 12/10/05 PAY            ~~1,228.81~~

TO THANK YOU FOR YOUR BUSINESS, WE HAVE ENCLOSED A
COMPLIMENTARY MINUSCRIPT AND ASCII WITH YOUR TRANSCRIPT
*
REMEMBER TO REFERENCE INVOICE NUMBERS WHEN REMITTING PAYMENT!

                                    Ufunnus-8131

OK to pay/ Matt Voss     302 326 - 801
                    Please remit payment to:

**SHELBURNE SHERR COURT REPORTERS**
501 West Broadway, Suite 1330
San Diego, CA 92101

P (619) 234-9100 • F (619) 234-9109 • Toll (877) 234-DEPO

Tax I.D. No. 20-0986545

To ensure proper credit to your account, be sure to include invoice numbers on your check.

Acceptance of work product constitutes acceptance of terms. Additionally, all invoices are issued on the credit of our client and may not be transferred. Accounts past due may be subject to a carrying charge of 10% per annum. In the event of nonpayment and collection proceedings are instituted, Shelburne Sherr Court Reporters is entitled to recover costs of collection including, without limitation, attorney's fees.

# EXHIBIT B

| Date | Narrative | Amt |
|---|---|---|
| 6/9/2005 | Vendor: American Messenger Service.; Invoice# 446155; date 06/15/2005- Delivery of Subpoena to William Richardson | $43.00 |
| 8/17/2005 | Vendor: American Messenger Service.; Invoice# 449015; date 09/01/2005- Delivery of Subpoena to William Richardson | $35.10 |
| 9/29/2005 | Vendor: American Messenger Service.; Invoice# 4410155; date 10/15/2005- Delivery of Subpoena to Janice Miller | $83.60 |
| 9/29/2005 | Vendor: American Messenger Service.; Invoice# 4410155; date 10/15/2005- Request for Records with San Diego Police Department for Records | $34.10 |
| 9/29/2005 | Vendor: American Messenger Service.; Invoice# 4410155; date 10/15/2005- Delivery of Subpoena to Dee Warrick | $83.60 |
| 12/22/2005 | Vendor: American Messenger Service.; Invoice# 4410306; date 01/03/2006- Delivery of Subpoena to Dee Warrick | $199.10 |
| 12/22/2005 | Vendor: American Messenger Service.; Invoice# 4410306; date 01/03/2006- Delivery of Subpoena to Janice Miller | $182.05 |
| | | **$660.55** |

# AMERICAN MESSENGER SERVICE

LEGAL COURIER & ATTORNEY SERVICE
2870 Fourth Avenue, Suite 102 • San Diego, CA 92103
PHONE (619) 278-0891 • FAX (619) 278-0892

Cooley Godward LLP
4401 Eastgate Mall
Suite
San Diego     CA     92121

26999-161

Tax ID#: 37-1458039

Page: 7

**Amount Due: $** $3,968.58

| Invoice #: 446155 | Invoice Date: 06/15/2005 | | | Sub-Total | Total |
|---|---|---|---|---|---|
| Job# | Svc Type | Description | | | |
| 76710 14-Jun | Immediate | Caller: Nell<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Delivery<br>Sign/Time: Left on Porch | Ref: 268889-1801.187<br>Wayne Fishburn<br>1634 Via Corona<br>La Jolla, CA<br><br>6:25 PM | Base: $28.00<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $28.00 |
| 75112 6-Jun | Rush | Caller: Shelly<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Filing<br>Sign/Time: Shelly Williams<br>Documents: Supp. Omp<br>Case Info: GIC 842656 | Ref: 30171.201  301713-20<br>Superior Court<br>330 W. Broadway<br>San Diego, CA<br><br>3:07 PM<br><br>Jones v. Golden | Base: $20.00<br>Return: $15.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $35.00 |
| 74244 2-Jun | Next Day | Caller: J. Swanson<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Filing<br>Sign/Time: Jessica Swanson<br>Documents: Reg. For Oral Argument<br>Case Info: G03486J | Ref: 301913.209<br>Court of Appeals<br>925 N. Spurgeon St.<br>Santa Ana, CA<br><br>10:09 AM<br><br>Djordjije v. Valeant | Base: $50.00<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $50.00 |
| 76168 9-Jun | Economy | Caller: Doreen<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Delivery<br>Sign/Time: B. Johnson | Ref: 301974.100<br>Kalypsys, Inc.<br>10420 Water Ridge Cir.<br>San Diego, CA<br><br>11:05 AM | Base: $18.00<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $18.00 |
| 76172 9-Jun | Immediate | Caller: Marci<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Delivery<br>Sign/Time: William Richardson | Ref: 302326.801<br>Superior Court<br>250 E. Main Street<br>San Diego, CA<br><br>11:40 AM | Base: $43.00<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $43.00 |
| 76661 13-Jun | Economy | Caller: Meredith<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: File and Serve<br>Sign/Time: Filed<br>Documents: Withdrawal of Horizon<br>Case Info: 03 CV 1110 | Ref: 302339.802<br>U.S. District Court<br>880 Front Street<br>San Diego, CA<br><br>2:13 PM<br><br>Rosado v. Alameda | Base: $15.00<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $15.00 |

# AMERICAN MESSENGER SERVICE

**LEGAL COURIER & ATTORNEY SERVICE**
2870 Fourth Avenue, Suite 102 • San Diego, CA 92103
PHONE (619) 278-0891 • FAX (619) 278-0892

Cooley Godward LLP
4401 Eastgate Mall
Suite
San Diego   CA   92121

Tax ID#: 37-1458039

Page: 9

| Invoice #: 449015 | Invoice Date: 09/01/2005 | | Amount Due: $ | $7,550.24 | |
|---|---|---|---|---|---|
| Job# | Svc Type | Description | | Sub-Total | Total |
| 82955 19-Aug | Rush | Caller: Marcie  Ref: 300340-200<br>Cooley, Godward  District Court<br>4401 Eastgate Mall  880 Front Street<br>San Diego, CA  San Diego, CA<br>Description: Filing<br>Sign/Time: Received in Chambers  4:26 PM<br>Documents: Settlement Brief<br>Case Info: N/A  VCAT v. Trius | Base: $20.00<br>Return: $15.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | | $35.00 |
| 83991 31-Aug | Immediate | Caller: Wanda  Ref: 300340-202<br>Cooley, Godward  District Court<br>4401 Eastgate Mall  880 Front Street<br>San Diego, CA  San Diego, CA<br>Description: Filing<br>Sign/Time: Filed, Returned  12:15 PM<br>Documents: Slip & Order<br>Case Info: 05cv0063  Venture v. TRMP | Base: $28.00<br>Return: $28.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | | $56.08 |
| 82663 10-Aug | Economy | Caller: Cindy  Ref: 300340-202<br>Cooley, Godward  District Court<br>4401 Eastgate Mall  880 Front Street<br>San Diego, CA  San Diego, CA<br>Description: Conformed Copy Return<br>Sign/Time: Cindy H.  11:24 AM<br>Documents: 2nd Amended Complaint<br>Case Info: 05 CV 0063  VCAT v. Teah | Base: $0.00<br>Return: $15.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | | $15.00 |
| 83190 25-Aug | Rush | Caller: Marcie  Ref: 300582.201<br>Cooley, Godward  U.S. District Court<br>4401 Eastgate Mall  880 Front Street<br>San Diego, CA  San Diego, CA<br>Description: Filing<br>Sign/Time: Filed  2:25 PM<br>Documents: Motion to Enforce Settlement<br>Case Info: 04cv2224  N/A | Base: $20.00<br>Return: $15.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | | $35.00 |
| 82619 17-Aug | Next Day | Caller: Marsi  Ref: 301413-100<br>Cooley, Godward  Superior Court<br>4401 Eastgate Mall  111 N. Hill Street<br>San Diego, CA  Los Angeles, CA<br>Description: Filing<br>Sign/Time: Filed  10:51 AM<br>Documents: Deposition Subpoena<br>Case Info: BS 098735  Valent v. Milan | Base: $50.00<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $32.41<br>Fee Adv.: $324.10 | | $406.51 |
| 82882 17-Aug | Service | Caller: Marcie  Ref: 302326.801<br>Cooley, Godward  Bill Richardson<br>4401 Eastgate Mall  250 E. Main Street<br>San Diego, CA  El Cajon, CA<br>Description: Rush Service<br>Sign/Time: Bill Richardson  10:18 AM | Base: $35.10<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | | $35.10 |

Handwritten annotations: "301413-100", "71.00"

# AMERICAN MESSENGER SERVICE

**LEGAL COURIER & ATTORNEY SERVICE**
2870 Fourth Avenue, Suite 102 • San Diego, CA 92103
PHONE (619) 278-0891 • FAX (619) 278-0892

Cooley Godward LLP
4401 Eastgate Mall
Suite
San Diego    CA    92121

Tax ID#: 37-1458039

Page: 7

| Invoice #: 4410155 | Invoice Date: 10/15/2005 | | Amount Due: $ | $3,424.10 | |
|---|---|---|---|---|---|
| Job# | Svc Type | Description | | Sub-Total | Total |
| 87552 12-Oct | Immediate | Caller: Debra<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Delivery<br>Sign/Time: Postmaster | Ref: 300892.100<br>Post Office<br><br>San Diego, CA<br><br>6:44 PM | Base: $20.00<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $20.00 |
| 86787 6-Oct | Rush | Caller: Jackie<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Filing<br>Sign/Time: Received Stamp<br>Documents: N/A<br>Case Info: N/A | Ref: 301398.201<br>Superior Court<br>330 W. Broadway<br>San Diego, CA<br><br>11:32 AM<br><br>N/A | Base: $20.00<br>Return: $15.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $35.00 |
| 87442 12-Oct | Immediate | Caller: Brenda<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Delivery<br>Sign/Time: Cassie Yamaguchi | Ref: 301691-100<br>Robert Robinson<br>4330 La Jolla Village dr.<br>La Jolla, CA<br><br>2:50 PM | Base: $28.00<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $28.00 |
| 86980 5-Oct | Rush | Caller: Julia<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Delivery<br>Sign/Time: Erlinda Cononado | Ref: 301974-100<br>Court Turner<br>10420 Water Ridge Circle<br>San Diego, CA<br><br>2:41 PM | Base: $24.00<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $24.00 |
| 86501 29-Sep | Service | Caller: Marcie<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Rush Service<br>Sign/Time: Maggie Matthews | Ref: 302326-801<br>Janice Miller<br>1401 Broadway<br>San Diego, CA<br><br>1:15 PM | Base: $34.10<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $4.50<br>Fee Adv.: $45.00 | $83.60 |
| 86500 29-Sep | Service | Caller: Marcie<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Rush Service<br>Sign/Time: Kimberly Harley | Ref: 302326-801<br>San Diego Police Dept. for Records<br>1401 Broadway<br>San Diego, CA<br><br>2:25 PM | Base: $34.10<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $34.10 |

117.70

# AMERICAN MESSENGER SERVICE

**LEGAL COURIER & ATTORNEY SERVICE**
2870 Fourth Avenue, Suite 102 • San Diego, CA 92103
PHONE (619) 278-0891 • FAX (619) 278-0892

Cooley Godward LLP
4401 Eastgate Mall
Suite
San Diego   CA   92121

Tax ID#: 37-1458039

Page: 8

| Invoice #: 4410155 | Invoice Date: 10/15/2005 | | Amount Due: $ | $3,424.10 | |
|---|---|---|---|---|---|
| Job# | Svc Type | Description | | Sub-Total | Total |
| 86506 29-Sep | Service | Caller: Marcie<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Rush Service<br>Sign/Time: Maggie Matthews | Ref: 302326-801<br>D. Warrick<br>1401 Broadway<br>San Diego, CA<br><br>1:15 PM | Base: $34.10<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $4.50<br>Fee Adv.: $45.00 | $83.60 |
| 87551 13-Oct | Economy | Caller: Myra<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Filing<br>Sign/Time: Filed<br>Documents: Proofs of Service<br>Case Info: GIE 028052 | Ref: 302339.804<br>Superior Court<br>250 E. Main Street<br>El Cajon, CA<br><br>4:44 PM<br><br>Poston v. Habib | Base: $17.00<br>Return: $17.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $34.00 |
| 85035 16-Sep | Service | Caller: Myra<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Rush Service<br>Sign/Time: Jamal Habib | Ref: 302339.804<br>Jamal Haib<br>2054 Donohue Dr.<br>El Cajon, CA<br><br>5:59 PM | Base: $27.70<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $27.70 |
| 87731 14-Oct | Immediate | Caller: Jackie<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Filing<br>Sign/Time: Filed<br>Documents: Ex Parte<br>Case Info: N/A | Ref: 302339.805<br>Superior Court<br>330 W. Broadway<br>San Diego, CA<br><br>4:50 PM<br><br>N/A | Base: $28.00<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $28.00 |
| 87804 14-Oct | Economy | Caller: Marissa<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Filing<br>Sign/Time: Received Stamp<br>Documents: OMG Summons<br>Case Info: GIC 854749 | Ref: 302511.801<br>Superior Court<br>330 W. Broadway<br>San Diego, CA<br><br>10:33 AM<br><br>Jackson v. TFC | Base: $15.00<br>Return: $15.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $30.00 |
| 87242 5-Oct | Immediate | Caller: Marisa<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Filing<br>Sign/Time: Received Stamp<br>Documents: Ex Parte App & Supporting Docs<br>Case Info: GIC 854749 | Ref: 302511.801<br>Superior Court<br>330 W. Broadway<br>San Diego, CA<br><br>11:46 AM<br><br>Jackson v. TFC et al | Base: $28.00<br>Return: $28.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $3.63<br>Fee Adv.: $36.30 | $95.93 |

# AMERICAN MESSENGER SERVICE

**LEGAL COURIER & ATTORNEY SERVICE**
2870 Fourth Avenue, Suite 102 • San Diego, CA 92103
PHONE (619) 278-0891 • FAX (619) 278-0892

Cooley Godward LLP
4401 Eastgate Mall
Suite
San Diego    CA    92121

Tax ID#: 37-1458039

Page: 5

| Invoice #: 4410306 | Invoice Date: 1/03/2006 | | Amount Due: $ | $3,356.23 | |
|---|---|---|---|---|---|
| Job# | Svc Type | Description | | Sub-Total | Total |
| 92413 16-Dec | Immediate | Caller: Brenda<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Delivery<br>Sign/Time: Meshaw Spieker | Ref: 296889.1199<br>Meagan Spieker<br>717 Stratford Court<br>Del Mar, CA<br><br>1:40 PM<br>SD1600539000 2 0 | Base: $40.00<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $40.00 |
| 92732 21-Dec | Drive-up | Caller: Marissa<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Filing<br>Sign/Time: Filed | Ref: 301351.203<br>Court of Appeals<br><br>Los Angeles, CA<br><br>3:43 PM | Base: $250.00<br>Return: $50.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $300.00 |
| 92719 20-Dec | Immediate | Caller: Marcy<br>U.S. District Court<br>880 Front Street<br>San Diego, CA<br>Description: Pick up<br>Sign/Time: Done | Ref: 302326.801<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br><br>4:45 PM | Base: $28.00<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $28.00 |
| 92738 21-Dec | Immediate | Caller: Marcie<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Delivery<br>Sign/Time: Done | Ref: 302326.801<br>Tony Travers<br>940 Front Street<br>San Diego, CA<br><br>3:12 PM | Base: $28.00<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $28.00 |
| 92874 22-Dec | Service | Caller: Mariza<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Service<br>Sign/Time: Rhonda Williams | Ref: 302326.801<br>Dee Warrick<br>1401 Broadway<br>San Diego, CA<br><br>1:35 PM | Base: $34.10<br>Return: $0.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $15.00<br>Fee Adv.: $150.00 | $199.10 |
| 92737 21-Dec | Immediate | Caller: Marcie<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Filing<br>Sign/Time: Filed<br>Documents: N/A<br>Case Info: N/A | Ref: 302326.801<br>U.S. District Court<br>880 Front Street<br>San Diego, CA<br><br>3:19 PM<br><br>N/A | Base: $28.00<br>Return: $15.00<br>Wait: $0.00<br>Weight: $0.00<br>Chk Crg: $0.00<br>Fee Adv.: $0.00 | $43.00 |

298.1

# AMERICAN MESSENGER SERVICE

**LEGAL COURIER & ATTORNEY SERVICE**
2870 Fourth Avenue, Suite 102 • San Diego, CA 92103
PHONE (619) 278-0891 • FAX (619) 278-0892

Cooley Godward LLP
4401 Eastgate Mall
Suite
San Diego     CA     92121

Tax ID#: 37-1458039

Page: 6

| Invoice #: 4410306 | | Invoice Date: 1/03/2006 | | Amount Due: $ | $3,356.23 | |
|---|---|---|---|---|---|---|
| Job# | Svc Type | Description | | | Sub-Total | Total |
| 92875 22-Dec | Service | Caller: Mariza<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Service<br>Sign/Time: Rhonda Williams | Ref: 302326.801<br>Janine Miller<br>1401 Broadway<br>San Diego, CA<br><br>1:35 PM | Base:<br>Return:<br>Wait:<br>Weight:<br>Chk Crg:<br>Fee Adv.: | $17.05<br>$0.00<br>$0.00<br>$0.00<br>$15.00<br>$150.00 | $182.05 |
| 92815 21-Dec | Research | Caller: Johanna<br>Probate Court<br><br>Orange, CA<br>Description: Obtain copies<br>Sign/Time: Filed<br>Documents: Order Appointment OlgaRosado as Admin. Of Estate<br>Case Info: A 232066 | Ref: 302339.802<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br><br>1:30 PM<br><br>Estate of Rosado | Base:<br>Return:<br>Wait:<br>Weight:<br>Chk Crg:<br>Fee Adv.: | $50.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | $50.00 |
| 92728 15-Nov | Economy | Caller: J. Foglio<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Conformed Copy Return<br>Sign/Time: Don | Ref: 302339.805<br>Superior Court<br>330 W. Broadway<br>San Diego, CA<br><br>12:10 PM | Base:<br>Return:<br>Wait:<br>Weight:<br>Chk Crg:<br>Fee Adv.: | $0.00<br>$15.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | $15.00 |
| 92582 16-Dec | Immediate | Caller: Marcie<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Filing<br>Sign/Time: Filed<br>Documents: N/A<br>Case Info: N/A | Ref: 303795.202<br>U.S. District Court<br>880 Front Street<br>San Diego, CA<br><br>3:05 PM<br><br>N/A | Base:<br>Return:<br>Wait:<br>Weight:<br>Chk Crg:<br>Fee Adv.: | $28.00<br>$15.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | $43.00 |
| 92518 21-Dec | Fax Filing | Caller: Marissa<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Filing<br>Sign/Time: Filed<br>Documents: Complaint for Possession of Reismal Property<br>Case Info: N/A | Ref: 30444.203<br>Superior Court<br>111 N. Hill Street<br>Los Angeles, CA<br><br>12:30 PM<br><br>Aurora v. SSI | Base:<br>Return:<br>Wait:<br>Weight:<br>Chk Crg:<br>Fee Adv.: | $103.00<br>$0.00<br>$0.00<br>$0.00<br>$29.75<br>$297.50 | $430.25 |
| 92808 21-Dec | Service | Caller: Marisa<br>Cooley, Godward<br>4401 Eastgate Mall<br>San Diego, CA<br>Description: Fax Rush Service<br>Sign/Time: Michael Callahan | Ref: 30444.203<br>Paul Smith<br>3002 Don Ave<br>Tustin, CA<br><br>3:30 PM | Base:<br>Return:<br>Wait:<br>Weight:<br>Chk Crg:<br>Fee Adv.: | $99.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | $99.00 |

Handwritten annotations: "304444-203", "529.25"