COOLEY GODWARD KRONISH LLP
KENT M. WALKER (173700) (walkerkm@cooley.com)
MATTHEW S. VOSS (215897) (mvoss@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:      (858) 550-6420

Attorneys for Petitioner
TAI TAN NGUYEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAI TAN NGUYEN,<br><br>          Petitioner,<br><br>     v.<br><br>DON TAYLOR, Warden,<br><br>          Respondent. | Case No.  01 CV 00851-NAJ (POR)<br><br>**DECLARATION OF MATTHEW S. VOSS IN SUPPORT OF PETITIONER TAI TAN NGUYEN'S APPLICATION FOR BILL OF COSTS**<br><br>Dept:     12, 2nd Floor<br>Judge:    Hon. Napoleon A. Jones Jr.<br><br>Date:     December 5, 2006<br>Time:     10:00 a.m.<br>(Telephonic) |

I, MATTHEW S. VOSS, declare:

**1.** I am an associate at Cooley Godward Kronish, LLP, attorneys of record for Petitioner Tai Tan Nguyen, and am admitted to practice before this court and all courts within the State of California.  I am over the age of eighteen, have personal knowledge of the facts stated herein, and could competently testify thereto if called as a witness.

**2.** Attached as Exhibit A to the Bill of Costs submitted concurrently herewith are summaries of transcript and court reporter costs incurred by Tai Tan Nguyen in this matter and the necessary back-up documentation.

**3.** Attached as Exhibit B to the Bill of Costs submitted concurrently herewith are summaries of fees for service and delivery of subpoenas incurred by Tai Tan Nguyen in this

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

DECLARATION OF MATTHEW S. VOSS IN
SUPPORT OF APPLICATION FOR BILL OF COSTS
01 CV 00851-NAJ (POR)

1  matter, and the necessary back-up documentation.

2      **4.** The costs identified in the Bill of Costs submitted concurrently herewith are correct and have been necessarily incurred in the case, and the services for which fees were charged were actually and necessarily performed.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of November 2006, in San Diego, California.

                                          s/**Matthew S. Voss**
                                              Matthew S. Voss

                                          Attorney for Petitioner Tai Tan Nguyen
                                          E-mail: mvoss@cooley.com

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

DECLARATION OF MATTHEW S. VOSS IN
SUPPORT OF APPLICATION FOR BILL OF COSTS
01 CV 00851-NAJ (POR)

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2006, I electronically filed the foregoing **DECLARATION OF MATTHEW S. VOSS IN SUPPORT OF PETITIONER TAI TAN NGUYEN'S APPLICATION FOR BILL OF COSTS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record at the email address listed below.

I also hereby certify that I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California to be served on the parties listed below by First Class Mail on this 9th day of November 2006:

Robert M. Foster, Esq.  
Supervising Deputy Attorney General  
State of California  
110 West "A" Street  
Suite 1100  
P.O. Box 85266  
San Diego, CA  92101  
FAX (619) 645-2271  

ATTORNEYS FOR RESPONDENT

email:  
docketingsdawt@doj.ca.gov

s/Kendra A. Jones_____  
***Kendra A. Jones***  
COOLEY GODWARD KRONISH LLP  
4401 Eastgate Mall  
San Diego, CA  92121  
Telephone:  (858) 550-6000  
Facsimile:  (858) 550-6420  
E-mail: kjones@cooley.com

519285/SD

COOLEY GODWARD  
KRONISH LLP  
ATTORNEYS AT LAW  
SAN DIEGO

3.

**DECLARATION OF MATTHEW S. VOSS IN SUPPORT OF APPLICATION FOR BILL OF COSTS**  
**01 CV 00851-NAJ (POR)**